Michael D. Warner, Esq. (TX Bar No. 00792304)
Rachel R. Obaldo, Esq. (TX Bar No. 24041617)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
301 Commerce Street, Suite 1700
Fort Worth, Texas  76102
817-810-5250
817-810-5255  Facsimile
Email: mwarner@coleschotz.com
Email: robaldo@coleschotz.com

COUNSEL TO DEBTORS
MCGINNIS LAND PARTNERS I, LP,
AND CANYON FALLS LAND PARTNERS, LP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **McGinnis Land Partners I, LP, and** | § | **Case No. 10-bk-34654-sgj** |
| **Canyon Falls Land Partners, LP** | § | **Case No. 10-bk-34655-sgj** |
| | § | |
| Debtors. | § | **Jointly Administered Under** |
| | § | **Case No. 10-bk-34654** |

## JOINT MOTION TO CONTINUE CLAIM OBJECTION HEARING

McGinnis Land Partners I, LP and Canyon Falls Land Partners, LP, the debtors and debtors in possession (collectively, the "**Debtors**"), along with SLF IV / Hanover Canyon Falls, L.P. ("**Lender**"), hereby file this *Joint Motion to Continue Hearing Claim Objection Hearing* (the "**Motion to Continue**").  In support of this Motion to Continue, the Debtors and Lender respectfully represent as follows:

1. On September 23, 2010, the Court entered the *Order (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling Final Sale Hearing (C) Approving Form and Manner of Notice Thereof; and Other Relief* (the "**Bid Procedures Order**").

2. Pursuant to paragraph 11 of the Bid Procedures Order, the Court set <u>October 28, 2010, at 2:30 p.m.</u> as the Claim Objection Hearing.

3. As the Debtors and Lender continue to engage in discovery related to the proofs of claim filed by Lender, the parties seek a continuance of the Claim Objection Hearing and request that this Court reset the Claim Objection Hearing to <u>November 18, 2010, at 9:30 a.m.</u>

**WHEREFORE** the Debtors and Lender respectfully request that this Court enter an order (a) granting this Motion to Continue; and (b) continuing the Claim Objection Hearing to November 18, 2010, at 9:30 a.m. or such other date and time to be determined by the Court.

Dated: October 15, 2010

| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>By: /s/ Rachel R. Obaldo<br>Michael D. Warner (TX Bar No. 00792304)<br>Rachel R. Obaldo (TX Bar No. 24041617)<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102<br>(817) 810-5250<br>(817) 810-5255 (Fax) | GARDERE WYNNE SEWELL LLP<br><br>By: /s/ Virgil Ochoa<br>Virgil Ochoa (TX Bar No. 24070358)<br>Richard M. Roberson (TX Bar No. 16993800)<br>Marcus A. Helt (TX Bar No. 24052187)<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201-4761<br>(214) 999-3000<br>(214) 999-4667 (Fax) |
|---|---|
| Counsel for the Debtors and Debtors in Possession | Counsel for SLF IV / Hanover Canyon Falls, L.P. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 15, 2010, a true and correct copy of the foregoing document was served electronically by the Court's PACER System.

/s/ Rachel R. Obaldo
Rachel R. Obaldo