U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed October 20, 2010

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | Chapter 11 |
| McGinnis Land Partners I, LP, and | § | Case No. 10-bk-34654-sgj |
| Canyon Falls Land Partners, LP, | § | Case No. 10-bk-34655-hdh |
| | § | |
| Debtors. | § | Jointly Administered Under |
| | § | Case No. 10-bk-34654 |

### ORDER GRANTING JOINT MOTION
### TO CONTINUE CLAIM OBJECTION HEARING

McGinnis Land Partners I, LP and Canyon Falls Land Partners, LP, the debtors and debtors in possession (collectively, the "**Debtors**"), along with SLF IV / Hanover Canyon Falls, L.P. ("**Lender**"), having filed the *Joint Motion to Continue Claim Objection Hearing* (the "**Motion to Continue**"); and the Court having reviewed and considered the Motion to Continue, and good and sufficient cause appearing; it is hereby

1. ORDERED that the Motion to Continue is GRANTED.

2. ORDERED that the Claim Objection Hearing is continued to **November 18, 2010, at 9:30 a.m. Central**.

3. ORDERED that counsel for the Debtors shall file and serve a notice of hearing reflecting the terms of this Order on the Master Service List for these Cases.

### END OF ORDER ###