U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed December 17, 2010**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | Chapter 11 |
| McGinnis Land Partners I, LP, and | § | Case No. 10-bk-34654-sgj |
| Canyon Falls Land Partners, LP, | § | Case No. 10-bk-34655-hdh |
| | § | |
| Debtors. | § | Jointly Administered Under |
| | § | Case No. 10-bk-34654 |

## ORDER APPROVING STIPULATION

This matter having come before this Court on the *Motion to Approve Stipulation* (the "**Motion**") filed by McGinnis Land Partners I, LP and Canyon Falls Land Partners, LP, the debtors and debtors in possession (collectively, the "**Debtors**"); the Court finds that the relief requested is in the best interests of the Debtors and the Debtors' estates, and the Court finds that adequate notice of the Motion has been given; thus, no other notice need be given. Therefore, it is hereby

1. ORDERED that the Motion is GRANTED.

2. ORDERED that the Stipulation (attached as Exhibit A to the Motion) is approved.

3. ORDERED that counsel for the Debtors shall serve this Order within five days of entry thereof upon all parties on the Master Service List for these Cases.

### END OF ORDER ###