
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

**Signed January 26, 2011**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| McGinnis Land Partners I, LP, and | § | Case No. 10-bk-34654-sgj |
| Canyon Falls Land Partners, LP, | § § | Case No. 10-bk-34655-hdh |
| Debtors. | § § | Jointly Administered Under Case No. 10-bk-34654 |

### ORDER GRANTING MOTION TO CONTINUE HEARINGS

This matter having come before this Court on the *Motion to Continue Hearings* [Docket No. 155] by McGinnis Land Partners I, LP and Canyon Falls Land Partners, LP, the debtors and debtors in possession (collectively, the "**Debtors**"); the Court finds that the relief requested is in the best interests of the Debtors and the Debtors' estates. Therefore, it is hereby

1. ORDERED that the Motion to Continue Hearings is GRANTED.

48467/0001-7329987v1

2. ORDERED that the hearing on the Sale Motion is continued until **March 31, 2011, at 9:30 a.m. Central**.

3. ORDERED that the hearing on the Motion to Borrow is continued until **March 31, 2011, at 9:30 a.m. Central**.

5. ORDERED that counsel for the Debtors shall serve this Order within five business days of entry thereof upon all parties on the Master Service List for these Cases.

### END OF ORDER ###